✓#108　#129098

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 DEC -1 PM 2:43
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:   BAGROWSKI, MICHAEL J                Case No.  09-37092

Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| American Express Bank FSB, c/o | Beckett and Lee LLP., P.O. Box 3001, Malvern, PA 19355-0701 | $0.09 |
| American Express Bank FSB, c/o | Beckett and Lee LLP., P.O. Box 3001, Malvern, PA 19355-0701 | $0.11 |

Check for $0.20 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_Ericka Parker_
Ericka S. Parker, Trustee

Dated:   11/29/10

Cc:
Office of the U.S. Trustee